## 19112. BROWN *v.* THE STATE.

LUKE, J. Being bound to accept as true the evidence as it appears in the untraversed answer of the trial judge to the petition for certiorari, we are constrained to hold that the evidence supports the verdict, and that the certiorari was properly overruled.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 13, 1928.

*H. A. Allen, J. S. Hall,* for plaintiff in error.

*Carlton W. Binns, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.